UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER HARRIS, | |
| Plaintiff, | Case No. 2:23-cv-01950-DGE |
| v. | |
| CITY OF EVERETT, et al., | ORDER ADOPTING REPORT AND RECOMMENDATION |
| Defendants. | |

This matter comes before this Court on the Report and Recommendation (Dkt. No. 9) of the Honorable Michelle L. Peterson, United States Magistrate Judge. Therein, Judge Peterson concluded this action was (1) duplicative of cause number 3:21-cv-01335-BHS-TLF, and (2) untimely under the applicable statute of limitations. Plaintiff filed an objection (Dkt. No. 10) that was critical of certain language in Judge Peterson's Report and Recommendation, but it did not address Judge Peterson's analysis.

Having reviewed the record de novo, the Court does not find any flaw in Judge Peterson's legal analysis. It, therefore, is hereby ORDERED:

(1)    The Report and Recommendation (Dkt. No. 9) is ADOPTED.

(2)    This action is DISMISSED as duplicative of cause number 3:21-cv-01335-BHS-TLF, and as untimely under the applicable statute of limitations.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

DATED this 19th day of March, 2024.

                                      David G. Estudillo
                                      United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2